# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

JENNICA CARMONA, et al.,

    *Plaintiffs*,

v.

NEW JERSEY DEPARTMENT OF ED., et al.,

    *Defendants*.

No. 2:21-cv-18746

**ORDER**

**John Michael Vazquez, U.S.D.J.**

    On August 23, 2022, this Court entered an Opinion and Order dismissing Plaintiffs' Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). D.E. 131, 132. And it

    **APPEARING** that the Court provided Plaintiffs with thirty (30) days to file an amended pleading that cures the identified deficiencies; and it further

    **APPEARING** that if Plaintiffs failed to file an amended pleading, the Court explained that the matter will be dismissed for lack of subject matter jurisdiction; and it further

    **APPEARING** that on September 6, 2022, Plaintiffs filed a Notice of Intent to Stand on Their Complaint and Request for Final Order of Dismissal; D.E. 133.

    Therefore, for the reasons stated above, and for good cause shown,

    IT IS on this 12th day of September, 2022,

    **ORDERED** that Plaintiffs' Amended Complaint is **DISMISSED without prejudice** as to all counts dismissed for lack of subject matter jurisdiction; and it is further

    **ORDERED** that Plaintiffs' Amended Complaint is **DISMISSED with prejudice** as to all counts dismissed for failure to state a claim; and it is further

**ORDERED** that the Clerk of the Court is directed to close this matter.

_____
John Michael Vazquez, U.S.D.J.